Certificate Number: 17082-PAM-DE-031462981

Bankruptcy Case Number: 13-00833



17082-PAM-DE-031462981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2018, at 7:53 o'clock AM MST, HEATHER A LEIPHART completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 13, 2018

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director